IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANNETTE MARIE MULLINS                                                                      PLAINTIFF

v.                                          NO. 3:11CV00273 HDY

MICHAEL J. ASTRUE, Commissioner                                                DEFENDANT
of the Social Security Administration

## ORDER

The Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion for extension of time to file his answer. See Document 5. For the reason identified in the motion, it is granted. The Commissioner is given up to, and including, March 13, 2012, to file his answer or otherwise respond.

IT IS SO ORDERED this ___14___ day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE