IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANNETTE MARIE MULLINS                                        PLAINTIFF

v.                              NO. 3:11CV00273 HDY

MICHAEL J. ASTRUE,                                           DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration. The complaint filed by plaintiff Annette Marie Mullins is dismissed, and all requested relief is denied.

IT IS SO ORDERED this ___3___ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE